UNITED STATES BANKRUPTCY COURT
SOUTTHERN DISTRICT OF FLORIDA
MIAMI DIVSION

IN RE:                                                                       CASE NO. 07-20342-AJC

LUIS CORNEJO,
                                                                                    CHAPTER 7

_____Debtor_____/

## MOTION TO REOPEN CHAPTER 7 BANKRUPTCY TO ADD OMITTED CREDITOR

*Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be canceled.*

**COMES NOW**, the Debtor, Luis Cornejo, by and through his undersigned Counsel and files this Motion to Reopen Chapter 7 Bankruptcy to Add Omitted Creditor and in Support thereof states the following:

1. That the above-mentioned Debtor filed a Chapter 7 Bankruptcy Petition on November 26, 2007.

2. The Trustee issued a Report of No Distribution on January 6, 2008.

3. The Debtor received a discharge on February 29, 2008.

4. There was pre-petition creditor, Citibank (South Dakota) N.A., for about $4,449.06 that the Debtor forgot about and was inadvertently left out of the Debtor's Schedules. Thus, for that reason the Debtor respectfully requests that there Chapter 7 bankruptcy Case be reopened to add the creditor omitted.

**WHEREFORE**, the Debtor prays this Honorable Court grant his Motion to Reopen Chapter 7 Bankruptcy to add Omitted Creditor and grant any other relief the court deems just and proper.

## CERTIFICATE OF ADMISISON

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion was sent on February 15, 2016 via ECF: to the following interested parties: Alan L. Goldberg Trustee, 111 SW 3rd Street #601 Miami, Florida and U.S. Trustee, Office of the US Trustee, 51 SW 1st Ave Suite 1204, Miami, FL 33130. 33130, Via certified and regular mail: Citibank (South Dakota) N.A., c/o Ken Stork, President, 701 East 60th Street North, 2nd Floor, Sioux Falls, SD 57117 and via certified and via regular mail Citibank (South Dakota) N.A. C/O Patrick A. Carey, Esquire P.O Box 574226 Orlando, Fl.32857-4226.

Respectfully Submitted;

ROBERT SANCHEZ AND ASSOCIATES
355 W 49th Street
HIALEAH, FLORIDA 33012
(305) 687-8008
(305) 512-9701

/s/ *Robert Sanchez*

ROBERT SANCHEZ ESQ.
Fl Bar #: 0442161