UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re:   Luis Cornejo                                                    Case No: 07-20342-AJC
                                                                         Chapter 7

_____Debtor_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Order Granting Motion To Reopening Case To Amend Schedules To Add Omitted Creditor(s) and Amended Schedules ECF#26, Amended Schedules Filed [ECF#28], Clerk's Original Notice of Meeting of Creditors [ECF#2], and Order Discharging Debtor [ECF#18] was sent on March 18, 2016 via ECF to the following interested parties: Alan L. Goldberg Trustee, 111 SW 3rd Street #601 Miami, Florida and U.S. Trustee, Office of the US Trustee, 51 SW 1st Ave Suite 1204, Miami, FL 33130. 33130, Via certified and regular mail: Citibank (South Dakota) N.A., c/o Ken Stork, President, 701 East 60th Street North, 2nd Floor, Sioux Falls, SD 57117 and via certified and via regular mail Citibank (South Dakota) N.A. C/O Patrick A. Carey, Esquire P.O Box 574226 Orlando, Fl.32857-4226; and Via First Class Mail  Debtor, Luis Cornejo, 12385 NW 98 Avenue, Miami, FL 33016 and to all creditors on the updated creditor matrix. .

                                    Respectfully Submitted:

                                    **ROBERT SANCHEZ, P.A.**
                                    Attorney for Debtor
                                    355 West 49th Street
                                    Hialeah, FL 33012
                                    Tel. 305-687-8008

                                    By:/s/ Robert Sanchez_____
                                     Robert Sanchez, Esq., FBN#0442161

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 07-20342-AJC<br>Southern District of Florida<br>Miami<br>Fri Mar 18 13:43:31 EDT 2016 | Office of the US Trustee<br>51 SW 1st Ave<br>Suite 1204<br>Miami, FL 33130-1614 | Recovery Management Systems Corp<br>25 SE 2 Ave  #1120<br>Miami, FL 33131-1605 |
| All American Financial Associates<br>P.O Box 1376<br>Lake Worth, FL 33460-1376 | Allied Interstate<br>P.O Box 361774<br>Columbus, OH 43236-1774 | Associated Recovery Systems<br>P.O. Box 469048<br>Escondido, CA 92046-9048 |
| Associated Recovery Systems<br>POB 469046<br>Escondido, CA 92046-9046 | Atlantic Credit and Finance<br>P.O. Box 13386<br>Roanoke, VA 24033-3386 | Bank of America<br>P.O Box 30770<br>Tampa, FL 33630-3770 |
| CACV of Colorado<br>c/o Northland Group<br>P.O Box 390846<br>Minneapolis, MN 55439-0846 | CACV of Colorado<br>c/o Northland Group<br>PO Box 390846<br>Edina, MN 55439-0846 | Capital Management Services<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210-1464 |
| Capital Managment Services<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210-1464 | Capital One<br>P.O Box 85147<br>Richmond, VA 23285 | Chase Manhattan Bank<br>P.O. Box 15583<br>Wilmington, DE 19886-0001 |
| Chevron<br>P.O Box 2001<br>Concord, CA 94529-0001 | Citibank<br>P.O Box 8110<br>South Hackensack, NJ 07606 | Citibank<br>P.O. Box 8110<br>S. Hackensack, NJ 07606 |
| Citibank (South Dakota), N.A.<br>c/o Patrick A. Carey, Esq<br>POB 574226<br>Orlando, FL 32857-4226 | Fleet<br>P.O Box 17192<br>Wilmington, DE 19886-0001 | GE<br>c/o PCM<br>P.O BOX 5017<br>Pico Rivera, CA 90662 |
| GE<br>c/o PCM<br>POB 5017<br>Buena Park, CA 90622-5017 | LVNV Funding<br>P.O Box 10584<br>Greenville, SC 29603-0584 | National Action Financial Services<br>P.O Box 920789<br>Norcross, GA 30010-0789 |
| National Action Financial Services<br>P.O. Box 920789<br>Norcorss, GA 30010-0789 | Northland Group<br>P.O B ox 390905<br>Minneapolis, MN 55439 | Northland Group<br>P.O. Box 390905<br>Edina, MN 55439-0905 |
| Orchard Bank/Household<br>P.O Box 5222<br>Carol Stream, IL 60197-5222 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Providian<br>P.O Box 660567<br>Dallas, TX 75266 |

| | | |
|---|---|---|
| True Logic<br>P.O Box 4437<br>Englewood, CO 80155-4437 | Alan L Goldberg<br>111 SW 3 Street #601<br>Miami, FL 33130-1926 | Luis Cornejo<br>12385 NW 98 Avenue<br>Miami, FL 33016 |
| Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 | Robert Sanchez Esq.<br>501 E 49 St<br>Hialeah, FL 33013-1961 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates<br>P.O Box 12914<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates<br>P.O. Box 12914<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)All American Financial Associates<br>POB 1376<br>Lake Worth, FL 33460-1376 | (d)Allied Interstate<br>P.O. Box 361774<br>Columbus, OH 43236-1774 |
| (d)Atlantic Credit and Finance<br>P.O Box 13386<br>Roanoke, VA 24033-3386 | (d)Bank of America<br>P.O. Box 30770<br>Tampa, FL 33630-3770 | (d)Capital One<br>P.O. Box 85147<br>Richmond, VA 23285 |
| (d)Chase Manhattan Bank<br>POB 15583<br>Wilmington, DE 19886-0001 | (d)Chevron<br>P.O. Box 2001<br>Concord, CA 94529-0001 | (d)Fleet<br>P.O. Box 17192<br>Wilmington, DE 19886-0001 |
| (d)LVNV Funding<br>P.O. Box 10584<br>Greenville, SC 29603-0584 | (d)Orchard Bank/Household<br>P.O. Box 5222<br>Carol Stream, IL 60197-5222 | (d)Providian<br>P.O. Box 660567<br>Dallas, TX 75266 |
| (d)True Logic<br>P.O. Box 4437<br>Englewood, CO 80155-4437 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients    13<br>Total                  47 | |